**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SANDRA J.,**
      **Plaintiff,**

                                **Case No. 2:25-cv-331**
    **v.**                          **JUDGE EDMUND A. SARGUS, JR.**
                                **Magistrate Judge Karen L. Litkovitz**

**COMMISSIONER OF SOCIAL SECURITY,**
      **Defendant.**

## ORDER

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge on November 3, 2025. (ECF No. 11.) The time for filing objections has passed and no objections have been filed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. (ECF No. 11.) For the reasons set forth therein, the Commissioner's non-disability finding is **REVERSED,** and this action is **REMANDED** for further proceedings consistent with the Report and Recommendation. The Clerk is **DIRECTED** to terminate this case from the docket.

    **IT IS SO ORDERED.**

**2/17/2026**                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                       **EDMUND A. SARGUS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**