## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**SANDRA J.,**
      **Plaintiff,**

                                    **Case No. 2:25-cv-331**
    **v.**                              **JUDGE EDMUND A. SARGUS, JR.**
                                      **Magistrate Judge Karen L. Litkovitz**

**COMMISSIONER OF SOCIAL SECURITY,**
      **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Attorney Fees (ECF No. 14). It is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of $10,000.00 and costs in the amount of $605.00. Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to the Social Security Administration, the award shall be paid directly to the order of David F. Chermol, Esquire. All payments in accordance with this Order should be submitted via electronic funds transfer (EFT) and directed to the care of Plaintiff's attorney.

Plaintiff's Unopposed Motion for Attorney Fees (ECF No. 14) is **GRANTED**.

This case remains closed.

**IT IS SO ORDERED.**

**4/9/2026**　　　　　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**